UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LYNN GAVIN, et al.,

    Plaintiffs,

v.

SAN FRANCISCO HOUSING AUTHORITY, et al.,

    Defendants.

**ORDER DENYING MOTION TO FILE COMPLAINT UNDER SEAL**

Plaintiff's motion to file her complaint and supporting documents under seal is denied.

**IT IS SO ORDERED.**

Dated: September 9, 2015

_____
RICHARD SEEBORG
United States District Judge