UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LYNN GAVIN,**<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**SAN FRANCISCO HOUSING AUTHORITY, ET AL.,**<br><br>　　　　　　Defendants. | Case No. 15-cv-04097-YGR<br><br>**ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

　　　　Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to the Honorable Jeffrey S. White to consider whether it is related to *Hambolu et al. v. PCOF PM EQ, LLC et al.*, Case No. 15-cv-02780-JSW.

　　　　**IT IS SO ORDERED.**

Dated: September 10, 2015

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　**YVONNE GONZALEZ ROGERS**
　　　　　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT COURT JUDGE**

cc: Hon. Jeffrey S. White